THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE H. HORNBECK, JR., Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.